# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Nagle, Margaret A. | **2. Court or Organization**<br><br>Central District of California | **3. Date of Report**<br><br>08/08/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge/FT | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>255 E. Temple St., Room 570<br>Los Angeles, CA 90012 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Akin, Gump, Strauss, Hauer & Feld LLP - Partnership Income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on Rental Property, Los Angeles, CA | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property -- Los Angeles, CA | E | Rent | P1 | R | | | | | |
| 2. Timesquare Capital Management - Retirement Acct. | | None | O | T | | | | | |
| 3. Atlanta Capital Management - Retirement Acct. | | None | P1 | T | | | | | |
| 4. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 5. Neuberger Berman Genesis Fund-Inst. Class - Retirement Acct. | | None | O | T | | | | | |
| 6. American Funds Euro-Pacific Growth Fund - Retirement Acct. | | None | O | T | | | | | |
| 7. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 8. Trustee Directed Fund - Retirement Acct. | | None | N | T | | | | | |
| 9. Artio Int'l Equity - Retirement Acc't | | None | | | Sold | 06/30/11 | M | | |
| 10. KEELEY SM CAP VALUE FUND | | None | M | T | Buy | 06/30/11 | M | | |
| 11. Calamos Growth Fund - Retirement Acct. | | None | L | T | | | | | |
| 12. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 13. Wells Fargo Private Banking Money Market Checking Acct. | A | Dividend | N | T | | | | | |
| 14. Chase Checking Acct. | | None | J | T | | | | | |
| 15. Chase Savings Acct. | A | Interest | J | T | | | | | |
| 16. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 17. Cookson & Peirce Core Equity Fund | | None | | | Sold | 12/28/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MUTUAL FD SER TR CTLYS/CP EQY A | | None | M | T | Buy | 12/29/11 | M | | |
| 19. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 20. Schwab Advisor Cash Reserves Premier | A | Interest | J | T | | | | | |
| 21. Valeant Pharma Intl | | None | | | Sold (part) | 03/31/11 | K | D | |
| 22. " " " | | | | | Sold | 10/04/11 | J | D | |
| 23. American Tower Corp. | | None | | | Sold | 03/15/11 | J | A | |
| 24. Gentex Corp. | A | Dividend | | | Sold | 03/08/11 | K | D | |
| 25. Baidu.com, Inc. | | None | | | Sold (part) | 04/13/11 | J | C | |
| 26. " " " | | | | | Sold | 06/21/11 | K | E | |
| 27. Coach Inc. | | None | | | Sold | 01/11/11 | K | D | |
| 28. DirectTV Com Cl. A | | None | | | Sold | 01/04/11 | J | C | |
| 29. Ford Motor Co. | | None | | | Sold | 02/08/11 | K | D | |
| 30. Rovi Corp. | | None | | | Sold | 02/23/11 | J | D | |
| 31. Salesforce.com, Inc. | | None | | | Sold | 01/25/11 | K | D | |
| 32. Lauder Estee Cos Inc | A | Dividend | K | T | | | | | |
| 33. Teco Energy Inc. | A | Dividend | | | Sold | 03/08/11 | K | B | |
| 34. Cummins Inc. | A | Dividend | | | Sold | 05/17/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fastenal Co. | A | Dividend | | | Sold | 07/26/11 | K | C | |
| 36. Public Storage Inc. | A | Dividend | K | T | | | | | |
| 37. Kansas City Southern | | None | | | Sold | 07/26/11 | K | D | |
| 38. Adtran Inc. | A | Dividend | | | Sold | 07/12/11 | K | D | |
| 39. Broadcom Corp. | A | Dividend | | | Sold | 02/23/11 | K | A | |
| 40. Rayonier Inc. | A | Dividend | | | Sold | 10/04/11 | J | B | |
| 41. Wynn Resorts Ltd. | A | Dividend | | | Sold | 10/04/11 | K | C | |
| 42. Enersis S.A. | | None | | | Sold | 01/04/11 | J | | |
| 43. Du Pont E I De Nemours & Co. | A | Dividend | | | Sold | 09/27/11 | K | | |
| 44. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 45. Expeditors Intl Wash Inc. | | None | | | Sold | 03/01/11 | J | | |
| 46. CNH Global N V | | None | | | Buy | 01/04/11 | K | | |
| 47. " " " | | | | | Sold | 04/19/11 | K | | |
| 48. CF INDS HLDGS | A | Dividend | | | Buy | 01/11/11 | K | | |
| 49. " " " | | | | | Sold | 03/15/11 | K | | |
| 50. INGERSOLL-RAND PLC | A | Dividend | | | Buy | 01/25/11 | K | | |
| 51. " " " | | | | | Sold | 06/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NEWFIELD EXPL Co | | None | | | Buy | 02/08/11 | K | | |
| 53. " " " | | | | | Sold | 05/10/11 | K | | |
| 54. JOHNSON CTLS INC | A | Dividend | | | Buy | 02/23/11 | K | | |
| 55. " " " | | | | | Sold | 05/17/11 | K | | |
| 56. SCHEIN HENRY INC | | None | | | Buy | 02/23/11 | K | | |
| 57. " " " | | | | | Sold | 11/22/11 | K | | |
| 58. CONOCOPHILLIPS | | None | | | Buy | 03/08/11 | K | | |
| 59. " " " | | | | | Sold | 05/17/11 | K | | |
| 60. HELMERICH AND PAYNE INC | | None | | | Buy | 03/15/11 | K | | |
| 61. " " " | | | | | Sold | 05/10/11 | K | | |
| 62. MYLAN LABS | | None | | | Buy | 04/19/11 | J | | |
| 63. " " " | | | | | Sold | 08/09/11 | J | | |
| 64. TRINITY INDS INC | A | Dividend | | | Buy | 04/19/11 | J | | |
| 65. " " " | | | | | Sold | 08/02/11 | J | | |
| 66. GEN-PROBE INC NEW | | None | | | Buy | 05/17/11 | J | | |
| 67. " " " | | | | | Sold | 07/19/11 | J | | |
| 68. SEATTLE GENETICS INC | | None | | | Buy | 06/21/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. " " " | | | | | Buy | 11/01/11 | K | | |
| 70. " " " | | | | | Sold (part) | 08/09/11 | J | | |
| 71. " " " | | | | | Sold | 11/15/11 | J | | |
| 72. TECHNE CORP | A | Dividend | | | Buy | 06/28/11 | J | | |
| 73. " " " | | | | | Sold | 11/01/11 | J | | |
| 74. 99 CENTS ONLY STORES | | None | | | Buy | 06/29/11 | J | | |
| 75. " " " | | | | | Buy | 07/19/11 | J | | |
| 76. " " " | | | | | Sold | 10/11/11 | K | A | |
| 77. ABERCROMBIE AND FITCH CO | A | Dividend | | | Buy | 07/26/11 | K | | |
| 78. " " " | | | | | Sold | 11/08/11 | K | | |
| 79. TESORO PETE CORP | | None | | | Buy | 11/15/11 | J | | |
| 80. " " " | | | | | Sold | 12/13/11 | J | | |
| 81. EL PASO CORP | A | Dividend | J | T | Buy | 03/08/11 | K | | |
| 82. " " " | | | | | Sold (part) | 10/26/11 | K | D | |
| 83. AUTOMATIC DATA PROCESSING IN | A | Dividend | K | T | Buy | 03/15/11 | K | | |
| 84. CHEVRONTEXACO CORP | A | Dividend | K | T | Buy | 03/31/11 | K | | |
| 85. HERSHEY FOODS CORP | A | Dividend | K | T | Buy | 05/10/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | MAKO SURGICAL CORP | | None | J | T | Buy | 05/10/11 | J | | |
| 87. | McKESSON CORP | A | Dividend | K | T | Buy | 05/17/11 | K | | |
| 88. | TRANSCANADA CORP | A | Dividend | J | T | Buy | 05/17/11 | J | | |
| 89. | UNITED HEALTH GROUP INC | A | Dividend | K | T | Buy | 05/17/11 | K | | |
| 90. | SENSIENT TECHNOLOGIES CORP | A | Dividend | J | T | Buy | 06/28/11 | J | | |
| 91. | HEINZ H J CO | A | Dividend | K | T | Buy | 07/12/11 | K | | |
| 92. | CABOT OIL AND GAS CORP | A | Dividend | K | T | Buy | 07/26/11 | K | | |
| 93. | BT GROUP PLC | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 94. | NORFOLK SOUTHERN CORP | A | Dividend | K | T | Buy | 08/09/11 | K | | |
| 95. | VISA INC | A | Dividend | K | T | Buy | 09/27/11 | K | | |
| 96. | JOHNSON AND JOHNSON | A | Dividend | K | T | Buy | 10/04/11 | K | | |
| 97. | NORDSTROM INC | A | Dividend | K | T | Buy | 10/04/11 | K | | |
| 98. | NUANCE COMMUNICATIONS INC | | None | K | T | Buy | 10/18/11 | K | | |
| 99. | EQT CORP | A | Dividend | K | T | Buy | 10/26/11 | J | | |
| 100. | " " " | | | | | Buy | 11/08/11 | J | | |
| 101. | RED HAT INC | | None | K | T | Buy | 11/22/11 | K | | |
| 102. | LKQ CORP | | None | K | T | Buy | 11/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. " " " | | | | | Buy | 12/13/11 | J | | |
| 104. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 105. Schwab CA Municipal Money Fund | A | Interest | M | T | | | | | |
| 106. Dollar Tree, Inc. | | None | M | T | | | | | |
| 107. Baidu.com, Inc. | | None | | | Sold | 06/21/11 | M | G | |
| 108. DirecTV Com. Cl. A | | None | | | Sold | 01/04/11 | M | E | |
| 109. Ford Motor Co. | | None | | | Sold | 02/08/11 | M | G | |
| 110. Rovi Corp. | | None | | | Sold | 02/23/11 | M | G | |
| 111. Salesforce.com, Inc. | | None | | | Sold | 01/25/11 | M | G | |
| 112. McCormick and Co. Inc. | | None | | | Sold | 02/01/11 | L | D | |
| 113. Heinz H J Co. | C | Dividend | M | T | Buy | 07/12/11 | M | | |
| 114. " " " | | | | | Sold (part) | 02/15/11 | M | D | |
| 115. Coherent Inc. | | None | | | Sold | 05/17/11 | L | E | |
| 116. National Instrs Corp. | A | Dividend | | | Sold | 05/03/11 | L | D | |
| 117. Fastenal Co. | B | Dividend | | | Sold | 07/26/11 | M | E | |
| 118. Cummins Inc. | A | Dividend | | | Sold | 05/17/11 | M | F | |
| 119. Acacia Resh Corp. | | None | | | Sold | 11/15/11 | M | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Kansas City Southern | | None | | | Sold | 07/26/11 | M | E | |
| 121. Public Storage Inc. | C | Dividend | M | T | | | | | |
| 122. Akamai Technologies Inc. | | None | | | Sold | 02/15/11 | M | D | |
| 123. Equity Residential | C | Dividend | | | Sold | 10/04/11 | M | E | |
| 124. Yum Brands | B | Dividend | | | Sold | 07/12/11 | M | F | |
| 125. Adtran Inc. | A | Dividend | | | Sold | 07/12/11 | M | E | |
| 126. Wynn Resorts Ltd. | B | Dividend | | | Sold | 10/04/11 | M | E | |
| 127. Southern Co. | D | Dividend | M | T | | | | | |
| 128. Du Pont E I De Nemours & Co. | C | Dividend | | | Sold | 09/27/11 | M | | |
| 129. Progress Energy Inc. | D | Dividend | M | T | | | | | |
| 130. Expeditors Intl Wash Inc. | | None | | | Sold | 03/01/11 | M | | |
| 131. RF Microdevices Inc. | | None | | | Sold | 03/08/11 | K | A | |
| 132. Cabot Corp. | B | Dividend | | | Buy | 02/01/11 | L | | |
| 133. " " " | | | | | Sold | 08/16/11 | M | E | |
| 134. CNH GLOBAL N V | | None | | | Buy | 01/04/11 | M | | |
| 135. " " " | | | | | Sold | 04/19/11 | M | | |
| 136. INGERSOLL-RAND PLC | B | Dividend | | | Buy | 01/25/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. " " " | | | | | Sold | 06/28/11 | M | | |
| 138. NEWFIELD EXPL CO | | None | | | Buy | 02/08/11 | M | | |
| 139. " " " | | | | | Sold | 05/10/11 | M | | |
| 140. TEXAS INSTRS INC | A | Dividend | | | Buy | 02/15/11 | M | | |
| 141. " " " | | | | | Sold | 07/19/11 | M | | |
| 142. JOHNSON CTLS INC | A | Dividend | | | Buy | 02/23/11 | M | | |
| 143. " " " | | | | | Sold | 05/17/11 | L | | |
| 144. SCHEIN HENRY INC | | None | | | Buy | 02/23/11 | M | | |
| 145. " " " | | | | | Sold | 11/22/11 | M | | |
| 146. TRINITY INDS INC | A | Dividend | | | Buy | 04/19/11 | L | | |
| 147. " " " | | | | | Sold | 08/02/11 | L | | |
| 148. LINCOLN ELEC HLDGS INC | A | Dividend | | | Buy | 05/03/11 | L | | |
| 149. " " " | | | | | Sold | 06/28/11 | K | | |
| 150. GEN-PROBE INC NEW | | None | | | Buy | 05/17/11 | L | | |
| 151. " " " | | | | | Sold | 07/19/11 | L | | |
| 152. 99 CENTS ONLY STORES | | None | | | Buy | 06/29/11 | M | | |
| 153. " " " | | | | | Buy | 07/12/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. " " " | | | | | Sold | 10/11/11 | M | D | |
| 155. ABERCROMBIE AND FITCH CO | A | Dividend | | | Buy | 07/19/11 | M | | |
| 156. " " " | | | | | Sold | 11/08/11 | M | | |
| 157. CF INDS HLDGS INC | A | Dividend | | | Buy | 08/16/11 | M | | |
| 158. " " " | | | | | Sold | 12/13/11 | L | | |
| 159. EQT CORP | | None | | | Buy | 11/08/11 | M | | |
| 160. " " " | | | | | Sold | 12/13/11 | M | | |
| 161. TESORO PETE CORP | | None | | | Buy | 11/15/11 | M | | |
| 162. " " " | | | | | Sold | 12/13/11 | L | | |
| 163. CHEVRONTEXACO CORP | C | Dividend | M | T | Buy | 03/01/11 | L | | |
| 164. " " " | | | | | Buy | 03/08/11 | K | | |
| 165. GOLAR LNG LTD BERMUDA | C | Dividend | M | T | Buy | 03/29/11 | L | | |
| 166. " " " | | | | | Buy | 04/19/11 | K | | |
| 167. MAKO SURGICAL CORP | | None | L | T | Buy | 05/10/11 | L | | |
| 168. McKESSON CORP | B | Dividend | M | T | Buy | 05/17/11 | M | | |
| 169. TRANSCANADA CORP | C | Dividend | M | T | Buy | 05/17/11 | L | | |
| 170. " " " | | | | | Buy | 05/24/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. UNITEDHEALTH GROUP INC | A | Dividend | M | T | Buy | 06/21/11 | M | | |
| 172. SENSIENT TECHNOLOGIES CORP | A | Dividend | L | T | Buy | 06/28/11 | L | | |
| 173. TRIUMPH GROUP INC NEW | A | Dividend | M | T | Buy | 07/12/11 | L | | |
| 174. CABOT OIL AND GAS CORP | A | Dividend | M | T | Buy | 07/26/11 | M | | |
| 175. GENESCO INC | | None | M | T | Buy | 07/26/11 | L | | |
| 176. VMWARE INC | | None | L | T | Buy | 08/02/11 | L | | |
| 177. VISA INC | A | Dividend | M | T | Buy | 09/27/11 | M | | |
| 178. " " " | | | | | Buy | 11/01/11 | K | | |
| 179. JOHNSON AND JOHNSON | B | Dividend | M | T | Buy | 10/04/11 | M | | |
| 180. PRECISION CASTPARTS | A | Dividend | M | T | Buy | 10/04/11 | M | | |
| 181. NUANCE COMMUNICATIONS INC | | None | M | T | Buy | 10/18/11 | M | | |
| 182. RED HAT INC | | None | M | T | Buy | 11/22/11 | M | | |
| 183. AIRGAS INC | | None | M | T | Buy | 12/13/11 | M | | |
| 184. HOME DEPOT | | None | M | T | Buy | 12/13/11 | M | | |
| 185. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 186. Schwab Advisor Cash Reserves Premier | A | Interest | K | T | | | | | |
| 187. Baidu.com, Inc. | | None | | | Sold | 06/21/11 | L | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Coach Inc. | | None | | | Sold | 01/11/11 | L | E | |
| 189.  DirecTV Com. Cl. A | | None | | | Sold | 01/04/11 | L | E | |
| 190.  Ford Motor Co. | | None | | | Sold | 02/08/11 | L | E | |
| 191.  Rovi Corp. | | None | | | Sold | 02/23/11 | L | F | |
| 192.  Salesforce.com, Inc. | | None | | | Sold | 01/25/11 | L | E | |
| 193.  Lauder Estee Cos. Inc. | A | Dividend | L | T | | | | | |
| 194.  Heinz H J Co. | B | Dividend | L | T | Sold (part) | 02/15/11 | K | C | |
| 195.  " " " | | | | | Buy | 07/12/11 | L | | |
| 196.  Fastenal Co. | B | Dividend | | | Sold | 07/26/11 | L | D | |
| 197.  Cummins Inc. | A | Dividend | | | Sold | 05/17/11 | L | E | |
| 198.  National Instrs Corp. | A | Dividend | | | Sold | 05/03/11 | K | D | |
| 199.  Public Storage Inc. | B | Dividend | L | T | | | | | |
| 200.  Akamai Technologies Inc | | None | | | Sold | 02/15/11 | K | | |
| 201.  Adtran Inc. | A | Dividend | | | Sold | 07/12/11 | L | E | |
| 202.  Rayonier Inc. | B | Dividend | | | Sold | 10/04/11 | K | D | |
| 203.  Wynn Resorts Ltd. | A | Dividend | | | Sold | 10/04/11 | L | D | |
| 204.  American Tower Corp. | | None | | | Sold | 03/15/11 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 16 of 22

Name of Person Reporting

Nagle, Margaret A.

Date of Report

08/08/2012

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Southern Co. | C | Dividend | L | T | Buy | 02/01/11 | J | | |
| 206. " " " | | | | | Buy | 03/08/11 | K | | |
| 207. Du Pont E I Nemours & Co. | B | Dividend | | | Sold | 09/27/11 | K | | |
| 208. Progress Energy Inc. | C | Dividend | L | T | | | | | |
| 209. RF Microdevices Inc. | | None | | | Sold | 03/08/11 | K | A | |
| 210. Joy Global Inc. | A | Dividend | | | Buy | 01/11/11 | J | | |
| 211. " " " | | | | | Sold | 09/27/11 | K | | |
| 212. CNH GLOBAL N V | | None | | | Buy | 01/04/11 | K | | |
| 213. " " " | | | | | Sold | 04/19/11 | K | | |
| 214. CF INDS HLDGS INC | A | Dividend | | | Buy | 01/11/11 | L | | |
| 215. " " " | | | | | Sold | 03/15/11 | L | | |
| 216. PARAMETRIC TECHNOLOGY CORP | | None | | | Buy | 01/25/11 | L | | |
| 217. " " " | | | | | Sold | 03/22/11 | L | | |
| 218. NEWFIELD EXPL CO | | None | | | Buy | 02/08/11 | L | | |
| 219. " " " | | | | | Sold | 05/10/11 | L | | |
| 220. SCHEIN HENRY INC | | None | | | Buy | 02/15/11 | K | | |
| 221. " " " | | | | | Buy | 02/23/11 | K | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. " " " | | | | | Sold | 11/22/11 | L | | |
| 223. TEXAS INSTRS INC | A | Dividend | | | Buy | 02/15/11 | L | | |
| 224. " " " | | | | | Sold | 07/19/11 | L | | |
| 225. JOHNSON CTLS INC | A | Dividend | | | Buy | 02/23/11 | L | | |
| 226. " " " | | | | | Sold | 05/17/11 | L | | |
| 227. HELMERICH AND PAYNE INC | | None | | | Buy | 03/15/11 | L | | |
| 228. " " " | | | | | Sold | 05/10/11 | L | | |
| 229. MASSEY ENERGEY CORP/ALPHA NATURAL RESOURCES INC | | None | | | Buy | 03/22/11 | L | | |
| 230. " " " | | | | | Sold (part) | 06/02/11 | J | | |
| 231. " " " | | | | | Sold | 06/07/11 | K | | |
| 232. TRINITY INDS INC | A | Dividend | | | Buy | 04/19/11 | K | | |
| 233. " " " | | | | | Sold | 08/02/11 | K | | |
| 234. MAKO SURGICAL CORP | | None | | | Buy | 05/10/11 | K | | |
| 235. " " " | | | | | Sold | 12/13/11 | K | | |
| 236. GEN-PROBE INC NEW | | None | | | Buy | 05/17/11 | K | | |
| 237. " " " | | | | | Sold | 07/19/11 | K | | |
| 238. METROPCS COMMUNICATIONS INC | | None | | | Buy | 06/07/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 22

Name of Person Reporting

Nagle, Margaret A.

Date of Report

08/08/2012

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. " " " | | | | | Sold | 08/09/11 | K | | |
| 240. TECHNE CORP | A | Dividend | | | Buy | 06/28/11 | K | | |
| 241. " " " | | | | | Sold | 11/01/11 | J | | |
| 242. ABERCROMBIE AND FITCH CO | A | Dividend | | | Buy | 07/19/11 | L | | |
| 243. " " " | | | | | Sold | 11/08/11 | K | | |
| 244. AUTOMATIC DATA PROCESSING IN | B | Dividend | L | T | Buy | 03/15/11 | L | | |
| 245. HERSHEY FOODS CORP | B | Dividend | L | T | Buy | 05/06/11 | K | | |
| 246. " " " | | | | | Buy | 05/10/11 | K | | |
| 247. CARDINAL HEALTH INC | A | Dividend | L | T | Buy | 05/10/11 | L | | |
| 248. McKESSON CORP | A | Dividend | L | T | Buy | 05/17/11 | L | | |
| 249. TRANSCANADA CORP | A | Dividend | K | T | Buy | 05/17/11 | K | | |
| 250. " " " | | | | | Buy | 05/24/11 | K | | |
| 251. EL PASO CORP | A | Dividend | K | T | Buy | 06/21/11 | L | | |
| 252. " " " | | | | | Sold (part) | 10/26/11 | K | D | |
| 253. CABOT OIL AND GAS CORP | A | Dividend | L | T | Buy | 07/26/11 | L | | |
| 254. GENESCO INC | | None | K | T | Buy | 07/26/11 | K | | |
| 255. BT GROUP PLC | A | Dividend | K | T | Buy | 08/04/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NORFOLK SOUTHERN CORP | A | Dividend | K | T | Buy | 08/09/11 | K | | |
| 257. PAPA JOHNS INTL INC | | None | K | T | Buy | 09/27/11 | K | | |
| 258. VISA INC | A | Dividend | L | T | Buy | 09/27/11 | L | | |
| 259. JOHNSON AND JOHNSON | A | Dividend | L | T | Buy | 10/04/11 | L | | |
| 260. NORDSTROM INC | A | Dividend | L | T | Buy | 10/04/11 | L | | |
| 261. EQT CORP | A | Dividend | K | T | Buy | 10/26/11 | K | | |
| 262. " " " | | | | | Buy | 11/01/11 | K | | |
| 263. " " " | | | | | Sold (part) | 12/13/11 | K | | |
| 264. NUANCE COMMUNICATIONS INC | | None | K | T | Buy | 11/08/11 | L | | |
| 265. RED HAT INC | | None | L | T | Buy | 11/22/11 | L | | |
| 266. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 267. Golden State Scholarshare Trust | | None | | | Distributed | 01/09/11 | J | | |
| 268. Berkshaway Hathaway CL B - Common Stk. | | None | L | T | | | | | |
| 269. Berkshire Hathaway CL B - Common Stk. | | None | L | T | | | | | |
| 270. Berkshsire Hathaway CL B - Common Stk. | | None | M | T | | | | | |
| 271. Amex Technlgy Selct Spdr. XLK | A | Dividend | J | T | | | | | |
| 272. IShares Trust S&P Midcap 400 Index | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. IShares S&P Smallcap 600 Index | A | Dividend | J | T | | | | | |
| 274. IShares S&P 500 Index | A | Dividend | J | T | | | | | |
| 275. Berkshire Hathaway CL B Common Stk. | | None | M | T | | | | | |
| 276. Amex Technlgy Selct Spdr. XLK | A | Dividend | J | T | | | | | |
| 277. IShares Trust S&P Midcap 400 Index | A | Dividend | K | T | | | | | |
| 278. IShares S&P Smallcap 600 Index | A | Dividend | J | T | | | | | |
| 279. IShares S&P 500 Index | A | Dividend | J | T | | | | | |
| 280. Merrill Lynch Bank USA | | None | J | T | | | | | |
| 281. Merrill Lynch Bank USA | | None | J | T | | | | | |
| 282. Merrill Lynch Bank USA | A | Int./Div. | J | T | | | | | |
| 283. BIF Money Fund | | None | J | T | | | | | |
| 284. Merrill Lynch Bank USA | A | Int./Div. | J | T | | | | | |
| 285. BIF Money Fund | | None | J | T | | | | | |
| 286. INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 287. Berkshire Hathaway CL B | | None | N | T | Buy | 08/08/11 | L | | |
| 288. Merrill Lynch Bank | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nagle, Margaret A. | 08/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION 7: INVESTMENTS and TRUSTS

Part VII, page 1, line 1: This property was purchased in 2011 for $1,296,750.

Part VII, page 1, lines 8-11: The assets listed in these lines are held in retirement accounts managed through            law firm, Akin, Gump, Strauss, Hauer & Feld LLP. We receive quarterly reports for these assets, which do not reflect buy or sell dates when investment options for the accounts are changed. Accordingly, the listed buy or sell dates are given as of the end of quarter during which the assets were shifted from prior investment options to new investment options.

Part VII, page 17, line 229: There was a cash/stock merger of Massey Energy Company with Alpha Natural Resources on 06/02/11

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret A. Nagle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544